The People of the State of Illinois ex rel. Robert E. Crowe, State's attorney, defendant in error, v. Milton Denney and George W. Ray, plaintiffs in error, impleaded with Roy S. Pipes and Walter T. Larsen. Gen. No. 32,155.

Opinion filed April 3, 1928.

Gurdon Williams, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward H. Taylor, Arthur Carlsten, James H. Mahoney and Mortimer C. Grover, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

James Tinley, appellee, v. Morris J. Goldstein and Samuel J. Vihon, appellants. Gen. No. 32,167.

Opinion filed April 3, 1928.

Joseph Rosenberg, for appellants; Benjamin Rosenberg, of counsel. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel R. Ruby, appellant, v. Anakin Lock & Alarm Company, appellee. Gen. No. 32,181.

Opinion filed April 3, 1928.

Slottow & Leviton, for appellant; Charles Leviton and Wendell Carnahan, of counsel. Frederick A. Brown, for appellee; William G. Worthey, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

F. X. Owens for use of Arthur F. Kenney, appellee, v. Viking Chemical Corporation, appellant. Gen No. 32,188.

Opinion filed April 3, 1928.

Hyde, Hennings, Thulin, Westbrook & Watson and Joseph Mc-Cormack, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.